NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**KEITH ANDREW FIELDS,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

_____

2013-3132

_____

Petition for review of the Merit Systems Protection Board in No. PH0752090568-B-2.

_____

**ON MOTION**

_____

**O R D E R**

Keith Fields moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FIELDS V. USPS                                                                    2

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s23